IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 30  P 4: 23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 2:07-CV-277-WHA |
| | ) |
| NATASHA DESHELE BLUE, Michael O. Leavitt, Secretary, United States Department of Health and Human Services, et al., | ) ) ) ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Defendant, Michael O. Leavitt, Secretary of the United States Department of Health and Human Services (HHS) by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully petitions for removal of this action from the Circuit Court of Montgomery County, Alabama, to the United States District Court for this District, and in support thereof, represent the following:

1.  That Michael O. Leavitt, Secretary of the United States Department of Health and Human Services (HHS) was substituted as a real party in interest on March 14, 2007, in the a civil action pending in the Circuit of Montgomery County, Alabama, styled as <u>Progressive Specialty Insurance Company v. Natasha Blue, et. al.</u>,CV-2007-67. Copies of all process, pleadings and orders served upon defendant in such action are attached hereto.

2. That the above-captioned action is one which may be removed without bond to this court pursuant to 28 U.S.C. §§ 1444 and 2410(a), for the reasons that this is an action that seeks judgment against the Secretary based upon his duties and responsibilities under the Medicare program, 42 U.S.C. § 1935kk.

3. A copy of this Notice is being filed with the Circuit Court of Montgomery County, Alabama.

WHEREFORE, Petitioner prays that said action be removed from the Circuit Court of Montgomery County, Alabama.

DATED this 30th day of March, 2007.

LEURA G. CANARY
United States Attorney

By: *(signature)*
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiff, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Alex L. Holtsford, Esq.
>Murry S. Whitt, Esq.
>Post Office Box 4128
>Montgomery, Alabama 36103-4128
>**Counsel for the Plaintiff**
>
>Darron Hendley, Esq.
>312 Scott St.
>Montgomery, AL 36104
>**Counsel for Defendant Natasha Blue**

Dated this the 30th day of March, 2007.

_____
Assistant United States Attorney



ELECTRONICALLY FIL
3/14/2007 10:17 PM
CV-2007-000067.00
CIRCUIT COURT OF
MONTGOMERY COUNTY, AL
MELISSA RITTENOUR, CI

# IN THE CIRCUIT COURT OF
# MONTGOMERY COUNTY ALABAMA

PLAINTIFF(S)

v                                                           CASE # CV-07-0067

DEFENDANT(S)

## ORDER

The Court having considered the "Motion for Substitution of the Secretary of HHS as Defendant and for Enlargement of Time" filed by HHS, and for cause shown it is hereby **ORDERED** that the said motion is hereby **GRANTED** in respect substitution and the movant is allowed an enlargement of time to answer. HHS shall file an answer within 30 days of this Order.

**DONE** and **ORDERED** March 14, 2007.

                                            /s/TSM
                                            _____
                                            **TRACY S. McCOOEY**
                                            **CIRCUIT JUDGE**

cc:   Hon. R. Randolph Neeley
      Hon. Alex L. Holtsford
      Hon. Darron C. Hendley
      Medicaid of Alabama
      Cahaba Gov't Benefit Administrator, LLC

*NOTE*: ALL PLEADINGS AND PROPOSED ORDERS SHALL CONTAIN THE FULL NAME, FULL MAILING ADDRESS WITH ZIP CODE, DAYTIME PHONE NUMBER OF EACH ATTORNEY OR PRO SE PARTY TO THE ACTION. PLEADINGS AND PROPOSED ORDERS NOT MEETING THIS REQUIREMENT SHALL BE RETURNED TO THE PARTY FOR CORRECTION AND SHALL BE TREATED AS A NULLITY UNTIL THE PLEADING OR PROPOSED ORDER COMPLIES WITH THIS DIRECTIVE. THERE WILL BE NO EXCEPTIONS TO THIS REQUIREMENT.

## IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
## MONTGOMERY, ALABAMA

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: CV-07-67 |
| ) | |
| NATASHA DESHELE BLUE, Cahaba ) | |
| Government Benefit Administrators, LLC., ) | |
| an Alabama Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

### MOTION FOR SUBSTITUTION OF THE SECRETARY
### OF THE DEPARTMENT OF HEALTH AND HUMAN SERVICES
### AS DEFENDANT AND FOR ENLARGEMENT OF TIME

Michael O. Leavitt, Secretary of the United States Department of Health and Human Services (the Secretary), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, respectfully moves that he be substituted for Cahaba Government Benefit Administrator, LLC (Cahaba) as defendant in this action and allowed an enlargement of time to answer or otherwise respond to the petition in this action.

In support of this motion, the Secretary states the following:

The United States Attorney's Office received a copy of the complaint in this matter on February 20, 2007. However, plaintiff petitions the Court in this Complaint for Interpleader and Declaratory Relief to interplead the policy limits of its underinsured motorist coverage into the Circuit Court of Montgomery County Alabama, and requests that defendant interplead in this action to claim rights to the funds, in lieu of instituting any

action against the plaintiff.

Plaintiff's petition in this action is filed against Cahaba, a private insurance company, in its capacity as a statutory agent of the Secretary and pursuant to a contractual agreement in administering certain aspects of the Medicare program.[1] 42 U.S.C. § 1395h.

Cahaba is obligated, by statute and contractual agreement, to pursue recovery of Medicare payments on the Secretary's behalf in accordance with the provisions of the Medicare Secondary Payer (MSP) statute.[2] See 42 U.S.C. § 1395y(b)(2); 42 U.S.C. § 1395h(f)(1)(A); 42 U.S.C. § 1395h(k). However, the Center for Medicare & Medicaid Services (CMS) of the Department of Health and Human Services is the real party in interest in any litigation involving the administration of the Medicare program.[3] 42 C.F.R. § 421.5(b); Nu-Air Mfg. Co. v. Frank B. Hall & Co. of New York, 822 F.2d 987, 996 (11th Cir. 1987), rehearing den., 89 F.2d 1132 (11th Cir. 1987), cert. denied, 485 U.S. 976 (1988); Edgepark, Inc. v. Nationwide Mutual Ins. Co., 746 F. Supp. 696, 698 (N.D. Ohio 1990) ("The plain meaning of [the regulation's] words cannot be ignored: the carrier (like the Part

---

[1] Medicare is the federal program that pays for covered medical items and services rendered to certain aged and disabled individuals and individuals with end stage renal disease in accordance with the provisions of 42 U.S.C. § 1395, et seq., commonly known as the Medicare Act.

[2] The MSP statute requires that the Medicare program be reimbursed in instances in which a liability insurance policy or plan is required or responsible for making payment for medical items and services for which Medicare previously paid. 42 U.S.C. § 1395y(b)(2)(B)(i).

[3] The Centers for Medicare & Medicare Services was formerly known as the Health Care Financing Administration (HCFA).

A intermediary) is the Secretary's agent and *whenever* the carrier's administration of the . . . Medicare program leads to its being named in a lawsuit HCFA (*viz.*, the Secretary) is the real party of interest.").

This action should be dismissed as to Cahaba, since there is no provision under MSP law for actions against intermediaries or carriers and this action is brought against Cahaba solely as a statutory agent for the Secretary in the administration of the Medicare program and seeks declaratory relief which would impact the federal treasury. Brooks v. Blue Cross and Blue Shield of Florida, Inc., 116 F.3d 1364, 1382-83 (11th Cir. 1997), rehearing and suggestion for rehearing en banc denied, 116 F.3d 1495 (11th Cir. 1997); Nu-Air Mfg. Co., 822 F.2d at 996; Matranga v. The Travelers Insurance Co., 563 F.2d 677, 677-78 (5th Cir. 1977); Peterson v. Weinberger, 508 F.2d 45, 51-52 (5th Cir. 1975), rehearing den., 511 F.2d 1192 (5th Cir. 1975), cert. denied, 423 U.S. 830 (1975).

Therefore, the Secretary requests that he be substituted for Cahaba as defendant in this action and be allowed thirty (30) days in which to answer or otherwise respond to the petition.

Counsel for the plaintiff has been requested and he has no objections to the requests contained in this motion.

Respectfully submitted this 28th day of February, 2007.

LEURA G. CANARY
United States Attorney

By: /s/
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiff, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Alex L. Holtsford
Murry S. Whitt
Post Office Box 4128
Montgomery, Alabama 36103-4128
**Counsel for the Plaintiff**

Medicaid of Alabama
501 Dexter Avenue
Montgomery, AL 36107

Cahaba Government Benefit Administrator, LLC
300 Corporate Parkway
Birmingham, AL 35242

Darron C. Hendley
312 Scott Street
Montgomery, AL 36104

Dated this the 28th day of February, 2007.

/s/
Assistant United States Attorney

4



Cahaba GBA
P.O. Box 830140
ngham, AL 35283-0140
Fax: 205-220-1218



CAHABA
GOVERNMENT
BENEFIT
ADMINISTRATORS

| To: Regional Attorney's Office | From: Alan J. Dane, General Counsel |
|---|---|
| Fax #: 11680429140456278555 | Tel #: 205-220-1384 |
| | Fax: 877-534-9038 |

| Subject: | |
|---|---|
| Sent: 1/25/2007 at 2:59:50 PM | Pages: 8 (including cover) |

**MESSAGE:**

The attached Summons and Complaint was delivered to our office today.

FACSIMILE CONFIDENTIALITY NOTICE:

The information contained in this facsimile message is privileged and confidential information intended for the use of the address listed above. If you are neither the intended recipient nor the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any disclosure, copying, distribution or taking of any action in reliance on the contents of this telecopied information is strictly prohibited.

If you have received this facsimile in error, please telephone the sender at once by calling toll-free at 1-866-539-5598 to report the erroneous transmission and confirm with the sender that the information has been destroyed. Thank you.

02/20/2007 10:53 FAX 4045627855  DHHS OGC
Case 2:07-cv-00277-WHA-TFM   Document 1-2   Filed 03/30/2007   Page 7 of 13
NET SatisFAXtion   From:   To: Regional Attorney's Office   Date: 1/25/2007   2:59:50 PM   Page 2 of 8

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

PROGRESSIVE SPECIALTY INSURANCE )
COMPANY, )
)
    Plaintiffs, )
)
v. ) CV-2007- 67
)
NATASHA DESHELE BLUE, CAHABA )
GOVERNMENT BENEFIT ADMINISTRATORS, )
LLC., MEDICAID OF ALABAMA )
DEFENDANTS A, B, C, D, E, )
those businesses, firms, or corporations who )
provided worker's compensation coverage and/or )
benefits to any named Defendant; FICTITIOUS )
DEFENDANTS F, G, H, I, J, )
those businesses, firms, or corporations who )
provided health insurance coverage and/or benefits ) GENERAL COUNSEL
to any named Defendant; FICTITIOUS )
DEFENDANTS K, L, M, N, O, those businesses, ) JAN 25 2007
firms, or corporations who provided heath care )
services to any named Defendant; and FICTITIOUS ) MEDICARE
DEFENDANTS P, Q, R, S, T, those individuals, )
businesses, firms, or )
corporations who claim any damages or injuries or )
who made payment for any damages or injuries as a )
result of the accident in question )
)
    Defendants. )

## SUMMONS

    Service by certified mail is requested pursuant to the Alabama Rules of Civil Procedure upon the following Defendant(s):

        Cahaba Government Benefit Administrator, LLC
        300 Corporate Parkway
        Birmingham, Alabama 35242

    The Complaint which is attached to this Summons is important and you must take immediate action to protect your rights. You or your attorney are required to mail or hand deliver a copy of a written Answer, either admitting or denying each allegation in the Complaint to the Plaintiffs' attorney at the following address:

Case 2:07-cv-00277-WHA-TFM   Document 1-2   Filed 03/30/2007   Page 8 of 13

02/20/2007 10:53 FAX 4045627855            DHHS OGC                                     ☒004/009
NET SatisFAXtion   From:   To: Regional Attorney's Office         Date: 1/25/2007 Time 59:50 PM     Page 3 of 3

Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

This Answer must be mailed or hand delivered within thirty (30) days from the date of delivery of this Summons and Complaint as evidenced by the return receipt, or a Judgment by Default may be entered against you for the money or other things demanded in the Complaint. You must also file the original with your Answer with the Clerk of this Court.

_____          01/22/07
CLERK OF COURT                            DATE

IN THE CIRCUIT COURT OF MONTGOMERY COUNTY, ALABAMA

PROGRESSIVE SPECIALTY INSURANCE )
COMPANY, )
 )
    Plaintiffs, )
 )
v. ) CV-2007-__67__
 )
NATASHA DESHELE BLUE, CAHABA )
GOVERNMENT BENEFIT ADMINISTRATORS, )
LLC., MEDICAID OF ALABAMA, )
DEFENDANTS A, B, C, D, E, )
those businesses, firms, or corporations who )
provided worker's compensation coverage and/or )
benefits to any named Defendant; FICTITIOUS )
DEFENDANTS F, G, H, I, J, )
those businesses, firms, or corporations who )
provided health insurance coverage and/or benefits )
to any named Defendant; FICTITIOUS )
DEFENDANTS K, L, M, N, O, those businesses, )
firms, or corporations who provided health care )
services to any named Defendant; and FICTITIOUS )
DEFENDANTS P, Q, R, S, T, those individuals, )
businesses, firms, or )
corporations who claim any damages or injuries or )
who made payment for any damages or injuries as a )
result of the accident in question )
 )
    Defendants. )

GENERAL COUNSEL

JAN 25 2007

MEDICARE

## COMPLAINT FOR INTERPLEADER AND DECLARATORY RELIEF

COMES NOW, Plaintiff and stakeholder, Progressive Specialty Insurance Company, by and through the undersigned counsel, and hereby files this interpleader action pursuant to Rule 22 of the Alabama Rules of Civil Procedure. In support thereof, Progressive Specialty Insurance Company shows unto the Court the following:

1

## PARTIES

1. Progressive Specialty Insurance Company is an insurance company doing business and properly licensed to do business in the State of Alabama.

2. Natasha Deshele Blue, an individual, is a resident of Bullock County living in Union Springs, Alabama.

3. Cahaba Government Benefit Administrators, LLC, is a Alabama Corporation doing business in Alabama.

4. Medicaid of Alabama, is a Alabama governmental entity doing business in Alabama.

5. Fictitious Defendants "A", "B", "C", "D", and "E", are those businesses, firms, or corporations who provided worker's compensation coverage and/or benefits to any named Defendant.

6. Fictitious Defendants "F", "G", "H", "I", and "J" are those businesses, firms, or corporations who provided health insurance coverage and/or benefits to any named Defendant, or paid any medical bills or expenses to or on behalf of any party herein.

7. Fictitious Defendants "K", "L", "M", "N", and "O" are those businesses, firms, or corporations who provided health care services to any named Defendant, or incurred any expense in providing treatment to any named Defendant.

8. Fictitious Defendants "P", "Q", "R", "S", and "T" are those individuals, businesses, firms, or corporations who were injured or claim damages or made payment in any form for injuries or damages as a result of the accident in question.

## FACTS

9. On or about August 3, 2006, Natasha Deshele Blue was involved in a automobile accident

2

in Bullock County, Alabama.

10. Progressive Specialty Insurance company was the insurer of Nekeon Roshum McClain. Mr. McClain was killed in the traffic accident involving Natasha Blue.

11. On or about August 3, 2006, the date of the accident, Nekeon Roshum McClain was covered by an insurance policy which provided liability insurance coverage. The policy limit for that underinsured motorist coverage is $25,000.00 per accident.

12. Cahaba Government Benefits Administrators, LLC, is the entity retained by the Federal Government to pursue recovery for medical benefits paid by Medicare on behalf of Natasha Deshele Blue.

13. Medicaid of Alabama, provided health insurance benefits to Natasha Deshele Blue. Those health insurance benefits paid for all, or a part of, Natasha Deshele Blue's medical treatment after this accident.

14. Without admitting liability and specifically denying liability, Progressive Specialty Insurance Company seeks to interplead the insurance proceeds of $25,000.00 into the Circuit Court of Bullock County.

15. By reason of the possible conflicting claims of the Defendants/Claimants, Progressive Specialty Insurance Company is in great doubt as to which Defendants/Claimants, if any, are entitled to be paid by the aforementioned insurance policy benefits, and in what amount, if any, should be payable to each Defendant/Claimant.

## RELIEF SOUGHT

16. Based on the foregoing, Progressive Specialty Insurance Company intends to interplead the policy limits of its underinsured motorist coverage providing coverage to Natasha Deshele

Case 2:07-cv-00277-WHA-TFM   Document 1-2   Filed 03/30/2007   Page 12 of 13

02/20/2007 10:53 FAX 4045627855        DHHS OGC                                    ☑008/009
NEt SatisFAXtion  From:   To: Regional Attorney's Office    Date: 1/25/2007 Ti  :59:50 PM           Page 7 of 8

Blue. It is Progressive Specialty Insurance Company's intention to interplead its total policy limit of $25,000.00 into the Circuit Court of Montgomery County and to obtain in exchange therefore, a release and discharge of liability for and on behalf of Progressive Specialty Insurance Company. Pursuant to Rule 22(b) of the *Alabama Rules of Civil Procedure*, Progressive Specialty Insurance Company seeks to join all claimants and potential claimants in this action.

17. Pursuant to this interpleader, Progressive Specialty Insurance Company claims no beneficial interest in the insurance proceeds, but is a mere stakeholder.

18. Because the alleged liability of Progressive Specialty Insurance Company is in dispute, Progressive Specialty Insurance Company, cannot determine which of Defendants/Claimants, if any, are entitled to the insurance proceeds and therefore cannot deliver any part of said funds or pay any part of said funds without danger of being compelled to pay said funds to each of the Defendants/Claimants.

19. Progressive Specialty Insurance Company believes that it is in its best interest to interplead the insurance proceeds into the Court to avoid double or multiple liability and allow the possible claimants to challenge the distribution of the insurance proceeds under supervision of the Court, in exchange for receiving a release and discharge of liability.

WHEREFORE, Progressive Specialty Insurance Company, request that the Court adjudge that each of the Defendants/Claimants be restrained from instituting any action against Progressive Specialty Insurance Company, for recovery of the amount of the insurance policy or any part thereof, and that the Defendants/Claimants be required to interplead and settle between themselves their rights to the money under the insurance policy, and that Progressive Specialty Insurance Company,

4

be discharged from all liability.

_____
ALEX L. HOLTSFORD (HOL048)
MURRY S. WHITT (WHI113)
Counsel for the Plaintiff

OF COUNSEL:
*NIX HOLTSFORD GILLILAND*
    *HIGGINS & HITSON, P.C.*
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

**Please serve Natasha Deshele Blue by certified mail at one of the following address:**
216 Owens Street
Union Springs, Alabama 36089

**Please serve Medicaid of Alabama by certified mail at the following address:**
501 Dexter Avenue
Montgomery, Alabama 36107

**Please serve Cahaba Government Benefit Administrator, LLC by certified mail at the following address:**
300 Corporate Parkway
Birmingham, Alabama 35242

5