IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 2:07-CV-277-WHA |
| | ) |
| NATASHA DESHELE BLUE, Michael O. Leavitt, Secretary, United States Department of Health and Human Services, et al., | ) ) ) |
| | ) |
| Defendants. | ) |

2007 MAR 30 P 4:23

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### MOTION FOR EXTENSION OF TIME

Comes now Michael O. Leavitt, Secretary of the United States Department of Health and Human Services (HHS), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court for a 60-day extension of time, to and including, Tuesday, June 12, 2007, within which to file an answer or other response to the complaint. In support of this motion, Defendant would show unto the Court the following:

This action in the nature of an interpleader was removed to this Court on March 30, 2007. Presently, the parties are in negotiations attempting to resolve the distribution of the insurance proceeds interpled by the plaintiff. It is believed that this matter can be resolved without the necessity of the intervention of the Court. In the interests of judicial economy, it is therefore requested that the federal defendants be given a 60 day period of time, to and including, Tuesday, June 12, 2007, in which to answer or otherwise respond.

Respectfully submitted this 30th day of March, 2007.

                                        LEURA G. CANARY
                                        United States Attorney

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL 36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
**E-mail: rand.neeley@usdoj.gov**

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiff, by mailing a copy of same, first class, postage prepaid, addressed as follows:

>Alex L. Holtsford
>Murry S. Whitt
>Post Office Box 4128
>Montgomery, Alabama 36103-4128
>**Counsel for the Plaintiff**
>
>Darron Hendley, Esq.
>312 Scott St.
>Montgomery, AL 36104
>**Counsel for Defendant Natasha Blue**

Dated this the 30th day of March, 2007.

_____
Assistant United States Attorney