IN THE CIRCUIT COURT OF MONTGOMERY COUNTY
MONTGOMERY, ALABAMA

| | | |
|---|---|---|
| PROGRESSIVE SPECIALTY INSURANCE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.: CV-07-67 |
| | ) | |
| NATASHA DESHELE BLUE, et al., | ) | 2:07-CV-277-WHA |
| Defendants. | ) | |

RECEIVED 2007 MAR 33 A 9:58
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

RECEIVED 2007 APR -2 A 11: 05
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that on the 30th day of March, 2007, the United States filed in the office of the Clerk of the United States District Court for the Middle District of Alabama a notice of removal of the above-styled action to that court. A copy of that notice is attached hereto.

A copy of the notice of removal is being filed with the circuit clerk of Montgomery County, Alabama, pursuant to 28 U.S.C. § 1444 and 2410(a).

Respectfully submitted this 30th day of March, 2007.

                    LEURA G. CANARY
                    United States Attorney

By: /s/ R. Randolph Neeley
R. RANDOLPH NEELEY
Assistant United States Attorney
Bar Number: 9083-E56R
Attorney for Defendant
Post Office Box 197
Montgomery, AL  36101-0197
Telephone No.: (334) 223-7280
Facsimile No.: (334) 223-7418
E-mail: rand.neeley@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing upon counsel for the plaintiff, by mailing a copy of same, first class, postage prepaid, addressed as follows:

Alex L. Holtsford and Murry S. Whitt, Esqs.
Post Office Box 4128
Montgomery, Alabama 36103-4128
**Counsel for the Plaintiff**

Darron Hendley, Esq.
312 Scott St.
Montgomery, AL 36104
**Counsel for Defendant Natasha Blue**

Dated this the 30th day of March, 2007.

/s/ 
Assistant United States Attorney