IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 MAR 30 P 4:23
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

PROGRESSIVE SPECIALTY INSURANCE, )
)
   Plaintiff, )
)
v. ) CASE NO.: 2:07-CV-277-WHA
)
NATASHA DESHELE BLUE, Michael O. )
Leavitt, Secretary, United States Department )
of Health and Human Services, et al., )
)
   Defendants. )

## MOTION FOR EXTENSION OF TIME

Comes now Michael O. Leavitt, Secretary of the United States Department of Health and Human Services (HHS), by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and respectfully moves the Court for a 60-day extension of time, to and including, Tuesday, June 12, 2007, within which to file an answer or other response to the complaint. In support of this motion, Defendant would show unto the Court the following:

This action in the nature of an interpleader was removed to this Court on March 30, 2007. Presently, the parties are in negotiations attempting to resolve the distribution of the insurance proceeds interpled by the plaintiff. It is believed that this matter can be resolved without the necessity of the intervention of the Court. In the interests of judicial economy, it is therefore requested that the federal defendants be given a 60 day period of time, to and including, Tuesday, June 12, 2007, in which to answer or otherwise respond.

**MOTION GRANTED TO**

AND INCLUDING _June 12_, 20_07_

THIS _5th_ DAY OF _April_, 20_07_

_____
UNITED STATES DISTRICT JUDGE