IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| PROGRESSIVE SPECIALTY INSURANCE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO.: 2:07-cv-277-WHA |
| ) | |
| NATASHA DESHELE BLUE, Michael O. ) | |
| Leavitt, Secretary, United States Department ) | |
| of Health and Human Services, et al., ) | |
| ) | |
| Defendants. ) | |

**PROPOSED AGREED ORDER OF DISMISSAL AND REMAND**

The plaintiff, Progressive Specialty Insurance, and the defendant United States, on behalf of its agency the Department of Health and Human Services ("HHS") and its component agency the Centers for Medicare and Medicaid Services, by counsel, as evidenced by their signatures appearing below, do hereby agree to the dismissal of Defendant HHS, and further agree to the subsequent remand of this matter to the Circuit Court of Montgomery County, Alabama.

1.   In support, the undersigned state that CMS has agreed to waive any interest it may have in the interpled funds pursuant to the Medicare Secondary Payer ("MSP") statute 42 U.S.C. 1395y(2) for Medicare payments made on behalf of Natasha Blue for items and services related to the accident of August 3, 2006.

2.   Plaintiff agrees to dismiss HHS from this matter. The plaintiff and HHS further agree that after HHS is dismissed from this case there will remain no basis for

federal jurisdiction. Accordingly, upon dismissal of the said defendant, the case should be remanded to the State court.

Respectfully submitted this 25th day of May, 2007.

                      LEURA G. CANARY
                      United States Attorney

By: /s/R. Randolph Neeley
    R. RANDOLPH NEELEY
    Assistant United States Attorney
    Bar Number: 9083-E56R
    Post Office Box 197
    Montgomery, AL  36101-0197
    Telephone No.: (334) 223-7280
    Facsimile No.: (334) 223-7418
    E-mail: rand.neeley@usdoj.gov

/s/Murry S. Whitt
Murry S. Whitt
Post Office Box 4128
Montgomery, Alabama 36103-4128
Counsel for the Plaintiff
Telephone No.: (334) 215-8585
E-mail: mwhitt@nixholtsford.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Murry S. Whitt, Esquire and Darren Hendley, Esquire.

                    s/R. Randolph Neeley
                    Assistant United States Attorney